**Aaron S. PRETTY, Jr., Petitioner–
Appellant,**

v.

**Randall LEE, Respondent–Appellee.**

No. 01–7286.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 11, 2001.

Decided Dec. 20, 2001.

Aaron S. Pretty, Jr., pro se.

Clarence Joe DelForge, III, Office of
the Attorney General of North Carolina,
Raleigh, NC, for appellee.

Before MICHAEL, KING, and
GREGORY, Circuit Judges.

PER CURIAM.

Aaron S. Pretty, Jr., seeks to appeal the
district court's order denying relief on his
petition filed under 28 U.S.C.A. § 2254
(West 1994 & Supp.2001). We have re-
viewed the record and the district court's
opinion accepting the recommendation of
the magistrate judge and find no revers-

ible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Pretty v. Lee,* No. CA–00–618 (M.D.N.C. filed July 5, 2001 & entered July 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*